UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT K. McMAHON, | : CIVIL ACTION NO. 3:10-cv-01695-JBA |
| Plaintiff, | : |
| v. | : |
| SUSAN BYSIEWICZ, in her official capacity as Secretary of the State for the State of Connecticut, | : |
| Defendant. | : OCTOBER 27, 2010 |

## JOINT MOTION FOR STIPULATED ORDER

Plaintiff Vincent K. McMahon ("Plaintiff") and Defendant Susan Bysiewicz, in her official capacity as the Secretary of the State for the State of Connecticut ("Defendant") hereby jointly move the Court for the entry of the Stipulated Order attached hereto as Exhibit A. The Stipulated Order shall enter without an award of attorneys' fees or costs to either party.

PLAINTIFF, VINCENT K. McMAHON,

DEFENDANT, SUSAN BYSIEWICZ,
in her official capacity as the Secretary of
the State for the State of Connecticut

By: /s/ Jerry S. McDevitt
    Stanley A. Twardy, Jr.
    Richard P. Colbert
    Erick M. Sandler
    Jeffrey P. Mueller
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT  06901-2047

    Jerry S. McDevitt
    K&L Gates LLP
    210 Sixth Avenue
    Pittsburgh, Pennsylvania  15222-2613

    His Attorneys

By: /s/ Perry A. Zinn-Rowthorn
    Perry A. Zinn-Rowthorn
    Maura Murphy Osborne
    Office of the Attorney General
    55 Elm Street
    Hartford, CT  06901-0120

    Her Attorneys

# EXHIBIT A

Case 3:10-cv-01695-JBA   Document 19   Filed 10/27/10   Page 2 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT K. McMAHON, | : CIVIL ACTION NO. 3:10-cv-01695-JBA |
| Plaintiff, | : |
| v. | : |
| SUSAN BYSIEWICZ, in her official capacity as Secretary of the State for the State of Connecticut, | : |
| Defendant. | : OCTOBER 27, 2010 |

**STIPULATED ORDER**

It is hereby ORDERED, ADJUDGED, and DECREED that Defendant and each of her agents, servants, employees and representatives, and those persons acting in concert or participation with them or any of them, <u>shall</u> <u>not</u> apply the election laws of the State of Connecticut to prohibit Plaintiff and other voters from wearing WWE clothing, paraphernalia or merchandise within 75 feet of polling places on November 2, 2010.

Any clothing, paraphernalia or merchandise which actually bears the name, likeness or campaign logo of any candidate for office shall remain subject to Connecticut General Statutes Section 9-236.

Defendant shall disseminate this Stipulated Order to the registrar of voters of each town or city in the State of Connecticut, and to the extent practicable, to any Connecticut poll workers and any other employees, including inspectors, marshals, judges and volunteers, who will be working at polling sites throughout the State of Connecticut on November 2, 2010, no later than 72 hours before the November 2 election.

SO ORDERED, this 27th day of October, 2010.

_____
Honorable Janet Bond Arterton
United States District Judge